# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 20, 2020

159874(73)

SUSAN REAUME,
     Plaintiff-Appellant,

v

TOWNSHIP OF SPRING LAKE,
     Defendant-Appellee.

_____/

SC: 159874
COA: 341654
Ottawa CC: 17-004964-AA

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

On order of the Chief Justice, the motion of Michigan Realtors to file a brief amicus curiae is GRANTED.  The corrected amicus brief submitted on March 17, 2020, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 20, 2020



Clerk